UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK NATHANIEL WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | No. 1:24-cv-01055-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 15) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 12, 2025, the Court screened Plaintiff's complaint, found no cognizable claims for relief, and granted Plaintiff thirty days to file an amended complaint, limited to 25-pages in length. (ECF No. 10.)

On June 25, 2025, Plaintiff filed a first amended complaint, along with a motion to exceed the 25-page limitation. (ECF Nos. 13, 14.) On July 2, 2025, the Court issued an order striking Plaintiff's first amended complaint, denied his motion to exceed the 25-page limit, and granted Plaintiff thirty days to file an amended complaint, limited to 25 pages in length. (ECF No. 15.) Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order. Accordingly, it is HEREBY ORDERED that within fourteen (14) days from the date of service of

this order, Plaintiff shall show cause why this action should not be dismissed. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: **August 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2