UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK NATHANIEL WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 1:24-cv-01055-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE 40 PAGE AMENDED COMPLAINT, AND DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT LODGED ON AUGUST 11, 2025<br><br>(ECF Nos. 16, 17, 18) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On May 12, 2025, the Court screened Plaintiff's complaint, found no cognizable claims for relief, and granted Plaintiff thirty days to file an amended complaint, limited to 25-pages in length. (ECF No. 10.)

On June 25, 2025, Plaintiff filed a first amended complaint, along with a motion to exceed the 25-page limitation. (ECF Nos. 13, 14.) On July 2, 2025, the Court issued an order striking Plaintiff's first amended complaint, denied his motion to exceed the 25-page limit, and granted Plaintiff thirty days to file an amended complaint, limited to 25 pages in length. (ECF No. 15.) After Plaintiff failed to file the amended complaint or otherwise respond to the Court's order, an order to show cause was issued on August 11, 2025. (ECF No. 16.)

On this same date, Plaintiff filed a motion for leave to exceed the 25-page limitation, along with a proposed amended complaint. (ECF Nos. 17, 18.) Plaintiff's amended complaint is typewritten and consists of a total of 40 pages, with 28 pages of factual allegations. Given that Plaintiff's amended complaint consists of 28 pages of factual allegations, the Court will grant Plaintiff's motion.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to exceed the page limit (ECF No. 17) is GRANTED;
2. The Clerk of Court shall file the amended complaint, lodged on August 11, 2025 (ECF No. 18); and
3. The amended complaint will be screened pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:   **August 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge