UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODERICK NATHANIEL WASHINGTON,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

No. 1:24-cv-01055-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINNG ORDER AND DISMISS ACTION FOR FAILURE TO STATE A CLAIM

(Doc. 28)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. On February 19, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations, recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. Doc. 28. The magistrate judge recommended dismissal without leave to amend, as Plaintiff's second amended complaint failed to state a claim despite Plaintiff having previously been provided the opportunity to amended his complaint, and further leave to amend would be futile. *Id.* at 19–20. The magistrate judge also recommended that Plaintiff's motion for a temporary restraining order be denied. *Id.*

The findings and recommendations informed Plaintiff that any objections were due within

fourteen (14) days. *Id.* Plaintiff timely filed objections on March 5, 2026. Doc. 29. While Plaintiff's objections cite to various legal authorities, they do not address the factual findings in the findings and recommendations, and plaintiff's legal arguments do not undermine the analysis in the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 19, 2026, Doc. 28, are adopted in full;
2. Plaintiff's motion for a temporary restraining order, Doc. 26, is denied;
3. This action is dismissed for failure to state a cognizable claim upon which relief may be granted; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE